```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                   WESTERN DIVISION

                    5:18-CR-256-H
```

UNITED STATES OF AMERICA           )
                                   )
    versus                         )
                                   )
ANGELINA ELANA GONSALEZ PARRA      )

**<u>ORDER AMENDING CONDITIONS OF RELEASE</u>**

Defendant has filed a motion to amend the conditions of her pretrial release conditions to permit travel from her residence in the Southern District of Florida to the Eastern District of New York, the Southern District of New York and the District of New Jersey for work purposes.

Her current conditions of release provide for travel for employment purposes between Florida and California, subject to advance notice to her supervising pretrial officer in the Southern District of Florida.

The court has been advised that Defendant is a professional dancer and performer, and an athletic trainer and has been extended employment opportunities in the Southern District of New York and the District of New Jersey. Because of the location of Kennedy and LaGuardia airports, she is requesting permission to travel also

to the Eastern District of New York, where those airports are located.

For good cause shown, Defendant's motion [DE #23] is ALLOWED. The court hereby AMENDS the Order Setting Conditions of Release entered July 24, 2018, to allow Defendant to travel between Florida and the Eastern and Southern Districts of New York and the District of New Jersey for the purpose of her employment, subject to review and approval of her supervising pretrial officer.

SO ORDERED, this the **13th** day of December 2018.

_____
KIMBERLY A. SWANK
United States Magistrate Judge