```
IN THE UNITED STATES DISTRICT COURT
  FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                 WESTERN DIVISION
                  5:18-CR-256-H
```

UNITED STATES OF AMERICA

   v.                                   **ORDER**

ANGELINA ELANA GONSALEZ PARRA

The Defendant has moved to correct the order of her names in the Indictment. The indictment lists her name as ANGELINA ELANA GONSALEZ.

Defendant contends this matter was raised at first appearance and addressed; however, no motion has been filed until now. The record reflects at DE 8 that at first appearance the matter was resolved and that the Government would correct the Defendant's name.

For good cause shown **and no objection having been filed by the Government,** the Defendant's motion is allowed. Without objection of the Defendant, including waiver of any objection to the correction of her name in the Record of this case, including the the Indictment or other filings reflecting her actual name, the Defendant shall be referred to in the record of this case as **ANGELINA ELANA GONSALEZ PARRA**.

    This 12th day of February 2019.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge