IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:18-CR-256

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| versus | ) |
| | ) |
| ANGELINA ELANA GONSALEZ PARRA | ) |

**ORDER AMENDING CONDITIONS OF RELEASE**

Defendant has filed a motion to amend the conditions of her pretrial release conditions to permit travel to the Western District of Texas, specifically the city of San Antonio for work purposes.

Her current conditions of release provide for travel for employment purposes between Florida, California and the Eastern and Southern Districts of New York, subject to advance notice to her supervising pretrial officer in the Southern District of Florida. She has had satisfactory compliance with these conditions since her release following her first appearance in this district.

She now has employment opportunities in the Western District of Texas, specifically in the city of San Antonio. Defendant has a sister who resides there, and with

whom she will reside when she has work in San Antonio. Her first opportunity to work in San Antonio commences on May 14, 2019.

For good cause shown, the Defendant's motion is ALLOWED. The Defendant is allowed to travel as previously specified by the Court, and additionally, may travel for employment to San Antonio, Texas as well, subject to review and approval of her supervising pretrial officer. Previously established travel parameters are continued in effect, as are all other conditions of pretrial release.

SO ORDERED, this the **13th** day of May 2019.

_____
KIMBERLY A. SWANK
United States Magistrate Judge