IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:18-CR-256-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| versus | ) |
| | ) |
| ANGELINA ELANA GONSALEZ PARRA | ) |

### ORDER TO RETURN
### DEFENDANT'S PASSPORT

Defendant through counsel has moved for an order directing the United States Probation Office to release the Defendant's passport to her counsel Thomas C. Manning. The defendant through counsel surrendered her passport to the Probation Office as a condition of pretrial release following her initial appearance.

The defendant's case is now concluded.

Therefore, it is ORDERED that the United States Probation Office release the defendant's passport to her counsel, Thomas C. Manning.

This, the 26th day of September, 2019.

Malcolm J. Howard
United States Senior District Judge