THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-256-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ANGELINA ELANA GONSALEZ PARRA, ) | |
| ) | |
| Defendant. ) | |

Angelina Elana Gonsalez Perez moved for early termination of probation [D.E. 57]. On September 10, 2022, Perez's probation ended. See id. at 2. The motion for early termination of probation [D.E. 57] is DENIED AS MOOT.

SO ORDERED. This _30_ day of September, 2022.

                                            JAMES C. DEVER III
                                            United States District Judge